■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, LEROY LINTON, Appellant. [18 NYS3d 331]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (James Yates, J., at plea and sentencing; Lewis Bart Stone, J., at re-sentencing following the violation of probation), rendered on or about August 30, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Renwick, Andrias, Moskowitz and Manzanet-Daniels, JJ.